# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

**7 Southwoods Boulevard,, Albany, New York 12211**

**Andrea E. Celli, Esq.**
**Trustee**
**Bonnie Baker, Esq.**
**Assoc. Attorney**

**Telephone: (518) 449-2043**
**Facsimile: (518) 449-2473**

**For payments Only:**
**P.O Box 1918**
**Memphis, TN 38101-1918**

May 18, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re: 04-11314 Catherine M. Reis

SB 5/19/10

To Whom It May Concern:

Enclosed please find check #**920915** in the amount of **$.01**. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

PD 5/19/10

Debtor Refund: Catherine M. Reis
851 Myrtle Ave.
Albany, NY 12208

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli

BANKRUPTCY COURT
N.D. OF N.Y.
2010 MAY 19 PM 12:42
REC'D & FILED